UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-30001-MJR |
| ) | |
| vs. ) | |
| ) | Title 18, United States Code, |
| JOSHUA DEMERY, ) | Sections 111(a)(1), 111(b), 1361 |
| ) | and 1791(b). |
| Defendant. ) | |

INDICTMENT

FILED
JAN 05 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

THE GRAND JURY CHARGES:

COUNT 1

ATTEMPTED ASSAULT OF A FEDERAL OFFICER

On or about March 9, 2015, in Bond County, Illinois, in the Southern District of Illinois,

**JOSHUA DEMERY,**

defendant herein, did forcibly attempt to assault Senior Officer T. P., a Federal Correctional Officer at the Federal Correctional Institution at Greenville, Illinois, commonly known as FCI-Greenville, with a deadly or dangerous weapon which would have resulted in the use of physical contact, while Officer P. was engaged in his official duties, to wit: collecting food trays from inmates in FCI-Greenville's Special Housing Unit, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

COUNT 2

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about March 9, 2015, in Bond County, Illinois, within the Southern District of Illinois,

1

**JOSHUA DEMERY,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

## COUNT 3

### DESTRUCTION OF GOVERNMENT PROPERTY

On or about March 15, 2015, in Bond County, Illinois, in the Southern District of Illinois,

**JOSHUA DEMERY,**

defendant herein, willfully committed a depredation against property of the United States and of any department or agency thereof; namely, the Federal Correctional Institution located at Greenville, Illinois, commonly known as FCI-Greenville; specifically, he damaged windows, a bookshelf, and other items in a holding cell in FCI-Greenville's Special Housing Unit; and the resulting damage was $969.75, in violation of Title 18, United States Code, Sections 1361.

## COUNT 4

### ASSAULT OF A FEDERAL OFFICER

On or about March 15, 2015, in Bond County, Illinois, in the Southern District of Illinois,

**JOSHUA DEMERY,**

defendant herein, did forcibly assault Activities Lieutenant M. L., a Federal Correctional Officer at the Federal Correctional Institution at Greenville, Illinois, commonly known as FCI-Greenville, making physical contact with Lieutenant L., while Lieutenant L. was engaged in his official duties, to wit: escorting and placing an inmate in a cell in the FCI-Greenville's Special Housing Unit, in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 5

### ASSAULT OF A FEDERAL OFFICER

On or about March 15, 2015, in Bond County, Illinois, in the Southern District of Illinois,

**JOSHUA DEMERY,**

defendant herein, did forcibly assault Senior Officer Specialist M. R., a Federal Correctional Officer at the Federal Correctional Institution at Greenville, Illinois, commonly known as FCI-Greenville, making physical contact with Officer R., while Officer R. was engaged in his official duties, to wit: escorting and placing an inmate in a cell in the FCI-Greenville's Special Housing Unit, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_Suzanne M. Hanrahan by_
JAMES L. PORTER
Acting United States Attorney

Recommended Bond:   Detention.