IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  16-30001-MJR |
| vs. | ) | |
| | ) | |
| JOSHUA DEMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE, STATUTORY PENALTIES AND ADVISORY GUIDELINE RANGE

**Count 1:** To sustain the charge of Attempted Assault of a Federal Officer with a Deadly or Dangerous Weapon, as charged in Count 1 of the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

- FIRST: the defendant attempted to forcibly assault a federal correctional officer;
- SECOND: the person assaulted was an officer or employee of the United States as described above, then engaged in the performance of an official duty at the time of the assault, as charged;
- THIRD: the defendant acted knowingly as defined in these instructions; and
- FOURTH: the defendant used a deadly or dangerous weapon.

**Count 2:** To sustain the charge of Possession of Contraband by a Federal Inmate, as charged in Count 2 of the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

- FIRST: the defendant was, at the time stated in the indictment, an inmate of a Federal prison or correctional facility, as charged;
- SECOND: at such time, the defendant knowingly possessed the object described in the indictment, as charged; and
- THIRD: the object was a prohibited object.

**Count 3:** To sustain the charge of Destruction of Government Property, as charged in Count 3 of the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

- FIRST: the defendant committed a depredation against property;
- SECOND: the property involved was property of the United States or of any department or agency thereof; and
- THIRD: the defendant acted willfully.

**Counts 4-5:** To sustain the charge of Assault of a Federal Officer, as charged in Counts 4 and 5 of the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

- FIRST: the defendant forcibly assaulted a federal correctional officer;
- SECOND: the person assaulted was an officer or employee of the United States as described above, then engaged in the performance of an official duty at the time of the assault, as charged;
- THIRD: the defendant acted knowingly as defined in these instructions; and
- FOURTH: the defendant made actual physical contact with the federal correctional officer.

## PENALTIES

**Count 1:** A term of imprisonment of not more than twenty (20) years, a fine up to $250,000, or both, a term of supervised release of not more than three (3) years, and a $100 special assessment, to be served consecutively to the remainder of the defendant's current sentence in case number 15-10007 from the United States District Court for the Central District of Illinois.

**Count 2:** A term of imprisonment of not more than five (5) years, a fine up to $250,000, or both, supervised release of not more than three (3) years, and a $100 special assessment, to be served consecutively to the remainder of the defendant's current sentence in case number 15-10007 from the United States District Court for the Central District of Illinois.

**Count 3:** A term of imprisonment of not more than one (1) year, a fine up to $100,000, supervised release of not more than one (1) year, and a $25 special assessment, to be served consecutively to the remainder of the defendant's current sentence in case number 15-10007 from the United States District Court for the Central District of Illinois.

**Counts 4 and 5:** A term of imprisonment of not more than eight (8) years, a fine up to $250,000, or both, supervised release of not more than three (3) years, and a $100 special assessment, to be served consecutively to the remainder of the defendant's current sentence in case number 15-10007 from the United States District Court for the Central District of Illinois.

### Government's Position on the Advisory Guideline Range

The Government anticipates that the base offense level in this case will be fourteen (14) pursuant to §2A2.2(a). The Government further anticipates that the following specific offense characteristics will apply: (1) a dangerous weapon was otherwise used, thus the defendant's base offense level should be increased four (4) levels, pursuant to §2A2.2(b)(2)(B) and (2) the offense involved an official victim, thus the defendant's base offense level should be increased six (6) levels, pursuant to §3A1.2(b); which equates to an adjusted offense level of twenty-four (24). Because the base offense levels are all more than nine (9) levels less than this adjusted offense level, no units will be applied under the grouping rules.

The Government anticipates that, because the defendant entered a timely plea, he will receive a three-level downward adjustment for acceptance of responsibility, thus resulting in an adjusted offense level of twenty-one (21). A preliminary examination of the defendant's criminal history shows a total of nine (9) points, which would place him in a Category IV. An offense level 21, Criminal History Category IV, equates with an advisory guideline range of 57-71 months, to be served consecutive to the defendant's current sentence in case number 15-

10007 from the United States District Court for the Central District of Illinois, and a fine range of $100,000 to $250,000.

                                        Respectfully submitted,

                                        JAMES L. PORTER
                                        Acting United States Attorney

                                        s/*Angela Scott*
                                        ANGELA SCOTT
                                        Assistant United States Attorney
                                        Nine Executive Drive
                                        Fairview Heights, IL  62208
                                        (618) 628-3700 (office)
                                        (618) 628-3730 (fax)
                                        E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 16-30001-MJR |
| vs. ) | |
| ) | |
| JOSHUA DEMERY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2016, I electronically filed the **Government's Notice of Elements of the Offense, Statutory Penalties, and Advisory Guideline Range** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AFPD Daniel Cronin

Respectfully submitted,

JAMES L. PORTER
Acting United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov