IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 16-30001-MJR |
| vs. | ) | |
| | ) | |
| JOSHUA DEMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. Between on or about March 9 and March 15, 2015, Defendant Joshua Demery was an inmate at the Federal Correctional Institution at Greenville, Illinois, (hereinafter "FCI-Greenville"), in Bond County, within the Southern District of Illinois.

2. On March 9, 2015, while a correctional officer was attempting to collect food trays from inmates in the Special Housing Unit (SHU), the defendant tried to lure the officer closer to his cell door. When the officer refused to get any closer, the defendant, in an attempt to assault the officer, stuck his hand out of the food slot and tried to stab and/or slash the correctional officer with a plastic shank that had been constructed from the lid of food trays used in SHU. The correctional officer was able to back away quick enough to avoid injury. The incident was caught on videotape. The weapon, which was clearly deadly and/or dangerous, was a sharpened piece of plastic approximately eight (8) inches long. A search of the defendant's SHU cell revealed this plastic shank, as well as another plastic shank that had also

1

been constructed from the lid of a SHU food tray, both of which were objects that are prohibited for inmates to possess at FCI-Greenville.

3. On March 15, 2015, Demery began damaging property that belonged to the Bureau of Prisons, an agency of the United States, by destroying items in a SHU holding cell, including, but not limited to, a light fixture, outlet, bookshelf, and the glass in the door and window of the cell. The damage was valued at $969.75.

4. After the defendant was convinced to stop destroying the property in the holding cell and cuff up, he was taken for a medical assessment because he was bleeding from his hands. After the medical assessment was completed, officers began escorting the defendant to another cell in SHU. When the officers arrived at the cell, Lt. M.L. and Officer M.R. placed the defendant with his face toward a wall, holding him in place. After the cell door was opened, another correctional officer began to remove the defendant' leg irons when the defendant moved as if he was going to kick backwards. He was told to stop and he complied. When the defendant was placed in the SHU cell, however, he assaulted Lt. M.L. by kicking him in the leg, as evidenced by a footprint on M.L.'s pants after he exited the cell. After the cell door was eventually closed, the officers had the defendant place his hand through the food slot so they could uncuff him. The defendant did so but then tried to prevent the officers from securing the food slot by grabbing the top of the food slot door. Before eventually releasing the door to the food slot, the defendant assaulted Officer M.R. by spitting on his arm, which was witnessed by the other correctional officers present at the scene. In addition, there was a wet spot on Officer M.R.'s uniform shirt which further corroborated the fact that the defendant had spit on him.

5. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

_Joshua Demery_
JOSHUA DEMERY
Defendant

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_Daniel A. Cronin_
DANIEL CRONIN
Attorney for Defendant

Date: 7-6-16

Date: 7/6/16

3