IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 16-CR-30001-MJR ) |
| JOSHUA DEMERY, | ) **FILED UNDER SEAL** ) |
| Defendant. | ) ) |

**DEFENDANT JOSHUA DEMERY'S NOTICE
OF ANTICIPATED TESTIMONY AT SENTENCING**

COMES NOW Defendant Joshua Demery, by his attorney, Assistant Federal Public Defender Daniel G. Cronin, and pursuant to this Court's Order dated July 6, 2016 (Doc. 40), respectfully submits the following Notice of Anticipated Testimony at Sentencing:

1. The sole defense witness will be Defense Investigator Wesley A. Burns.

2. The nature of Mr. Burns' testimony will be to detail the residential treatment program proposed in the defense's Sealed Sentencing Memorandum (Doc. 45).

3. The anticipated length of Mr. Burns' testimony is twenty minutes.

Respectfully submitted,

 /s/ Daniel G. Cronin
DANIEL G. CRONIN
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
JOSHUA DEMERY

**CERTIFICATE OF SERVICE**

On October 21, 2016, the undersigned attorney provided a copy of this document to:

Angela Scott
Assistant United States Attorney
9 Executive Drive, Suite 300
Fairview Heights, Illinois 62208

via electronic filing with the Clerk of the Court using the CM/ECF system, and to:

Tammi S. Spencer
Senior U.S. Probation Officer
650 Missouri Avenue
East St. Louis, Illinois 62201

via e-mail.

/s/ Daniel G. Cronin
DANIEL G. CRONIN